AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Michael B. | U.S. Bankruptcy Court | 07/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

241 Clarkson S Fisher Building
402 East State Street
Trenton, NJ 08608-1507

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Rutgers University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Open ended | Thomson Rueters Publishing Agreement, 5% royalty on sales of Consumer Bankruptcy Manual |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2013 | Rutgers-Salary | $16,469.00 |
| 2. | 2013 | [redacted] Norwood, NJ -Rental Income | $9,200.00 |
| 3. | 2013 | West Services - Royalty | $3,511.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Oveh Shalom of Bucks County - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Inst | 01/16/13 to 01/17/13 | San Francisco, CA | Educational | hotel, travel |
| 2. | American Conference Inst | 02/01/13 | NYC | Educational | hotel, travel |
| 3. | American Conference Inst | 07/29/13 to 07/30/13 | Chicago, IL | Educational | hotel, travel |
| 4. | American Conference Inst | 09/26/13 to 09/27/13 | Dallas, TX | Educational | hotel, travel |
| 5. | George Mason University | 11/17/13 to 11/19/13 | Arlington, VA | Educational | hotel, travel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 07/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. University of Pennsylvania (Y) | Tuition | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA # 1 | D | Int./Div. | N | T | | | | | |
| 2.   -Pershing Government Account money market | | | | | Redeemed (part) | 08/23/13 | K | | |
| 3.   -Citigroup Inc common | | | | | | | | | |
| 4.   -Freeport McMoran Copper & Gold Cl B mutual fund | | | | | Buy | 08/23/13 | J | | |
| 5.   -Frontier Communitations Corp common | | | | | | | | | |
| 6.   -Pfizer Inc common | | | | | | | | | |
| 7.   -Potash Corp common | | | | | Buy | 08/23/13 | J | | |
| 8.   -Verizon Communications common | | | | | | | | | |
| 9.   -Franklin Income Fund Cl C mutual fund | | | | | | | | | |
| 10.  -Franklin Gold and Precious Metals Fund | | | | | Buy | 08/23/13 | K | | |
| 11.  -Franklin High Income Fund Cl C mutual fund | | | | | | | | | |
| 12.  -Mainstay Epoch Global Equity Yield Fund Cl C mutual fund | | | | | | | | | |
| 13.  -Sunamerica Senior Floating Rate Fund Cl C mutual fund | | | | | | | | | |
| 14.  -Templeton Global Balanced Fund Cl C mutual fund | | | | | | | | | |
| 15.  -Ishares Silver Trust | | | | | Buy | 08/23/13 | J | | |
| 16.  -Spdr Gold Trust | | | | | Buy | 08/23/13 | J | | |
| 17.  IRA # 2 | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pershing Government Account money market | | | | | | | | | |
| 19. -Frontier Communications common | | | | | | | | | |
| 20. -Verizon Communications common | | | | | | | | | |
| 21. -Franklin Income Fund Cl C mutual fund | | | | | | | | | |
| 22. -Franklin Dynatech Cl C mutual fund | | | | | | | | | |
| 23. -Franklin High Income Fund Cl C mutual fund | | | | | | | | | |
| 24. -Icon Energy Fund Cl C mutual fund | | | | | | | | | |
| 25. -Mainstay Epoch Global Equity Yield Cl C mutual fund | | | | | | | | | |
| 26. IRA # 3 (Y) | | | | | | | | | |
| 27. IRA # 4 | A | Int./Div. | J | T | | | | | |
| 28. -Pershing Prime Reserves Money Market | | | | | | | | | |
| 29. -Mainstay High Yield Opportunity Fund Cl C mutual fund | | | | | | | | | |
| 30. -Mainstay Epoch Global Equity Yield Cl C mutual fund | | | | | | | | | |
| 31. Federated Capital Reserves money market | A | Dividend | K | T | Buy (add'l) | 05/15/13 | L | | |
| 32. | | | | | Redeemed (part) | 08/20/13 | K | | |
| 33. NJ Economic Dev Auth St Pension 2/15/21 Zero Coupon Bond | A | Interest | J | T | | | | | |
| 34. Freeport McMoran Copper & Gold Cl B mutual fund | A | Dividend | J | T | Buy | 08/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Potash Corp common | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 36. Best of America IV Variable Rate Annuity | D | Int./Div. | K | T | | | | | |
| 37. -NW NVIT Mny Mkt 1 | | | | | | | | | |
| 38. -NW NVIT Muti Mgr Mdcap GR 1 | | | | | | | | | |
| 39. -NW NVIT Mult Mgr Intl GR III | | | | | | | | | |
| 40. -NW NVIT Real Est 1 | | | | | | | | | |
| 41. Citigroup Inc common | A | Dividend | J | T | | | | | |
| 42. Citigroup Inc common (Y) | | | | | | | | | |
| 43. TIAA CREF money market | A | Int./Div. | J | T | | | | | |
| 44. Rental Property #1, Norwood, NJ | D | Rent | | | Sold | 04/30/13 | N | A | |
| 45. Mass Mutual Whole Life Insurance | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 07/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(Y) Certain assest and liabilities of dependent reported on 2012 FDR are not required to be reported on 2013 FDR since no longer a dependent of filer.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael B. Kaplan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544